THOMAS J. HILL AND NANCY M. HILL, Petitioners v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Hill v. Commissioner
Docket No. 5912-74.
United States Tax Court
T.C. Memo 1976-261; 1976 Tax Ct. Memo LEXIS 143; 35 T.C.M. (CCH) 1140; T.C.M. (RIA) 760261; August 19, 1976, Filed; WITHDRAWN January 19, 1977 *143 Thomas J. Hill, pro se. Howard J. Kalson and Ferdinand J. Lotz, III, for the respondent. DAWSON
DAWSON, Chief Judge